UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK C. BIERI,

    Plaintiff,

v.

W. ANDERSON, et al.,

    Defendants.
_____/

Case No. 1:20-cv-415

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  December 17, 2020

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge